# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIEL V. MERRY, | ) | 3:16-cv-00164-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 10, 2018 |
| | ) | |
| BRIAN SANDOVAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN  REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Defendant **Dr. Karen Gedney** who is no longer an employee of the Nevada Department of Corrections (ECF No. 38).  However, the Attorney General has filed the last known address of this Defendant under seal (ECF No. 39).

The Clerk shall issue a summons for **Dr. Karen Gedney** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 39).  The Clerk shall also send one (1) copy of the Second Amended Complaint (ECF No. 32) and one (1) copy of this order to the U.S. Marshal for service on the Defendant.

Pursuant to Plaintiff's Notice of Submittal (ECF No. 36), the USM-285 form has already been sent by Plaintiff's counsel to the U.S. Marshal for service on Defendant Gedney.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk