DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 878-6000
Facsimile:  (702) 474-0631
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL V. MERRY, | Case No: 3:16-CV-00164-MMD-WGC |
| Plaintiff, | |
| vs. | Stipulation and Order |
| | Extending Time |
| KAREN A. GEDNEY, M.D.; MARSHA | For |
| JOHNS, D.O.; DAVID MAR, M.D.; | Plaintiff To Respond |
| CASEWORKER IRVINE; DOES 1-10, | to |
| | Motion for Summary Judgment |
| Defendants. | |

In consideration of the Motion To Withdraw of Plaintiff's Counsel and as an accommodation to the Plaintiff, the parties hereby stipulate and agree the time for Plaintiff to respond to the Defendants' Motion for Summary Judgment on file herein be extended to 45 days after Plaintiff's Counsel's Motion to Withdraw is granted.

| | |
|---|---|
| Date:  11/26/18 | Date:  11/26/18 |
| | |
| LAW OFFICE OF DAN M. WINDER, P.C. | *Ian Carr* |
| | |
| /s/Dan M. Winder | |
| Dan M Winder, Esq. | Ian Carr |
| Nevada State Bar No. 1569 | Deputy Attorney General, Bar No. 13840 |
| Las Vegas, NV 89102 | State of Nevada |
| Attorneys for Plaintiff | Bureau of Litigation |
| | Public Safety Division |
| | 100 North Carson Street |
| | Carson City, NV 89701 -4717 |
| | Attorney for Defendants |

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**IT IS SO ORDERED**

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

DATED: November 27, 2018.

1

**CERTIFICATE OF SERVICE**

2

Pursuant to FRCP (5)(b), I hereby certify I am an employee of THE LAW

3

OFFICES OF DAN WINDER, P.C., and that on the date stamped, I caused the foregoing

4

to be served by the court's electronic service system to the attorney(s) listed below:

5

6      Ian Carr                                                VIA US MAIL
       Deputy Attorney General, Bar No. 13840
       State of Nevada

7      Bureau of Litigation
       Public Safety Division                                 Daniel Vincent Merry

8      100 North Carson Street                                Inmate #67889
                                                              1200 Prison Rd.

9      Carson City, NV 89701-4717                             Lovelock, Nevada 89419
       P: 775-684-1259                                        Plaintiff

10     F: 775-684-1257
       Email: icarr@ag.nv.gov

11

12

       /s/Hamilton D. Moore

13     An employee of the Law Offices of Dan Winder, P.C.

14

15

16

17

18

19

20

21

22

23

24

25

26