UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL V. MERRY, | 3:16-cv-00164-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 18, 2018 |
| KAREN A. GEDNEY, *et al.*, | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is the motion of the Law Office of Dan M. Winder, P.C., Dan M. Winder, Esq., Scott C. Dorman, Esq., and Kristina Miletovic, Esq., to withdraw as counsel for Plaintiff (ECF No. 62). On November 27, 2018, Defendants filed their non-opposition (ECF No. 65). As of the date of this order, no opposition or response has been filed by Plaintiff.

**IT IS HEREBY ORDERED** that Plaintiff's counsels' motion (ECF No. 62) is **GRANTED.** Henceforth, all documents required by the Federal Rules of Civil Procedure to be served on Plaintiff Daniel Merry shall be sent to the address set forth in the motion:

>Daniel Vincent Merry
>Inmate #67889
>1200 Prison Rd.
>Lovelock, Nevada 89410

**IT IS FURTHER ORDERED** that Plaintiff's opposition to Defendants' Motion for Summary Judgment (ECF No. 58) shall be filed on or before **Monday, February 18, 2019**.

DEBRA K. KEMPI, CLERK
By: _____/s/_____
Deputy Clerk